# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

FERNANDO GONZALEZ-VALDIVIA,

        Petitioner,

        v.

ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL,

        Respondent.

Case No. 13-9480-R(AJW)

**JUDGMENT**

It is hereby adjudged that petitioner has failed to demonstrate that he is a United States citizen.

Dated: February 3, 2015

_____
Manuel L. Real
United States District Judge